No. 385. MOORE (FORMERLY COBB) ET AL. *v.* DOWNING, TAX COLLECTOR, ET AL.

October 15, 1928. *Per Curiam:* The appeal is dismissed on the authority of § 237 of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction, with leave to file a brief supporting an application for certiorari within 15 days, with 10 days for opposing counsel to reply. *Mr. M. G. Cox* and *Walter Cocke* for appellants. No appearance for appellees. See *post,* p. 646.